```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

FELIX LUIS CUEVAS,
JOSE BERMUDEZ, and
SAMUEL RAMOS,
        Plaintiffs,               Civil Action
                                  No. 10-11897-PBS
        v.

SUPERINTENDENT DICKHAUT, ET AL.,
        Defendants.
```

                        MEMORANDUM
                     November 23, 2010

SARIS, D.J.

   On October 22, 2010, plaintiffs Felix Luis Cuevas, Jose Bermudez, and Samuel Ramos, all prisoners at the Souza Baranowski Correctional Center ("SBCC") in Shirley, Massachusetts, filed a civil Complaint under, *inter alia*, 42 U.S.C. § 1983 against various officials and employees of SBCC. Plaintiffs assert, *inter alia*, that they have been placed in segregation without due process. They also allege mail tampering, denial of access to their counsel and the courts, and denial of medical and mental health care.

   Thereafter, on November 16, 2010, an Amended Complaint was filed adding additional parties and claims. In the Amended Complaint, plaintiffs also seek an emergency hearing and a Temporary Restraining Order enjoining defendants from inflicting emotional and mental pain, from tampering with their mail, and allowing them access to the courts. They also seek to be provided with medical care.

   On November 20, 2010, this Court issued a Memorandum and Order (Docket No. 5) directing plaintiffs to pay the filing fee for this civil action, or to file Applications to Proceed Without

Prepayment of the Fee, along with their certified prison account statements. No summonses issued pending compliance with the directives contained in the Memorandum and Order.

    Notwithstanding that summonses have not issued and the defendants have not been served, this Court is troubled by the allegations contained in the plaintiffs' pleadings, and therefore requests that counsel for the Department of Correction provide, <u>within 14 days of the date of this Memorandum</u>, a Status Report as to each of the plaintiffs, addressing generally the allegations of the plaintiffs, and specifically addressing the claim that they have been denied a hearing regarding disciplinary infractions and that they have been denied access to their counsel and to the court.

    The Clerk shall send a copy of this Memorandum and Order to defendant's legal counsel at Massachusetts Department of Correction, 70 Franklin Street, Suite 600, Boston, MA 02110, and shall telephonically and/or by e-mail, apprise the Legal Department of this Memorandum.

    Based on the Status Report, the Court will decide whether a hearing on plaintiffs' request for emergency injunctive relief is necessary prior to service of process on the defendants.

SO ORDERED.

<u>/s/ Patti B. Saris</u>  
UNITED STATES DISTRICT JUDGE