## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FELIX LUIS CUEVAS,
JOSE BERMUDEZ, and
SAMUEL RAMOS,
    Plaintiffs,

Civil Action
No. 10-11897-RWZ

v.

SUPERINTENDENT DICKHAUT, ET AL.,
    Defendants.

## MEMORANDUM AND ORDER FOR DISMISSAL

ZOBEL, D.J.

On January 14, 2011, Judge Saris issued a Memorandum and Order (Docket

No. 28) in which she dismissed all claims of co-plaintiffs Samuel Ramos and Jose

Bermudez, and directed the issuance of summonses by the Clerk with respect to the

remaining claims of co-plaintiff Felix Luis Cuevas ("Cuevas"). Judge Saris also directed

Cuevas to effect service of process within 120 days. In accordance with that

Memorandum and Order, summonses were issued on January 18, 2011 by the Clerk.

On March 10, 2011, this case was reassigned from Judge Saris to the

undersigned.

To date, Cuevas has failed to file proof of service on the defendants (Ayala,

Bowels, Dickhaut, Randy Fisher, Jeffrey Guerin, David Hammond, Melendez,

Mendonsa, Todd M. Smith, and Thomas), and the time period for doing so has expired.

Accordingly, for the failure to effect service of process as directed and pursuant to Rule

4 of the Federal Rules of Civil Procedure, it is hereby Ordered that all claims by Cuevas

against the defendants are DISMISSED without prejudice.

A separate Order for Dismissal shall issue with respect to dismissal of all claims

by Cuevas, and co-plaintiffs Ramos and Bermudez.

SO ORDERED.

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

DATED: 5/19/11